IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TABITHA J. ROBINSON, | § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Civil Action No. 5:25-CV-00134-OLG |
| NARASA ENTERPRISE, INC. D.B.A. BLOSSOM FOOD MART, MOHAMMAD H. ZGHOUL, AND SANDRA MARTINEZ | | |
| Defendants. | | |

### PLAINTIFF TABITHA ROBINSON'S MOTION FOR DEFAULT ENTRY BY CLERK

Plaintiff, Tabitha Robinson files her Motion for Default Entry by Clerk. Plaintiff filed her Original Complaint on February 7, 2025, against Narasa Enterprise, Inc. dba Blossom Food Mart, Mohammad H. Zghoul and Sandra Martinez alleging violation of the FLSA. On that same day, Plaintiff requested the Issuance of Summons to the all of the Defendants. Summons were issued on February 10, 2025 (Dkt. 3). Defendant, Sandra Martinez was served on February 14, 2025 and her answer was due on March 7, 2025. (Dkt. 5). After attempts to serve the remaining Defendants were unsuccessful, Plaintiff requested and was granted a Motion to Substitute Service. (Dkt.6). The Order granting the motion was signed on March 3, 2025. (Dkt. 7). Defendants Narasa Enterprise, Inc. and Mohammad H. Zghoul were served on March 6, 2025 and their respective answers were due on March 27, 2025. (Dkt. 8).

As of the filing of this Motion, no Defendant has answered or otherwise appeared. Plaintiff therefore requests that the Clerk of the Court enter a Default against the Defendants.

Dated this 8th day of May, 2025.

Respectfully submitted,

/s/ Michael V. Galo, Jr.
Michael V. Galo, Jr.
State Bar No. 00790734
GALO LAW FIRM, P.C.
4230 Gardendale, Bldg 401
San Antonio, Texas 78229
Telephone: (210) 616-9800
Facsimile: (210) 616-9898
**ATTORNEY FOR PLAINTIFF**
**Tabitha Robinson**