# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
December 15, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: __RR__
DEPUTY

Tabitha J. Robinsonl )
)
Narasa Enterprise, INC., ) Civil Action No. 5:25-CV-00134-DAE
D/B/A Blossom Foot Mart, et.al )
*Defendant* )
)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:  The Court GRANTS Plaintiff's Motion for Default Judgment (Dkt. # 11).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  David Ezra

Date:  12/15/2025

CLERK OF COURT  PHILIP J. DEVLIN

*Rose Rodriguez*
*Signature of Clerk or Deputy Clerk*

Print  Save As...  Reset